IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF BARRY BARNETT, et. al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv703 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| METROPOLITAN LIFE INSURANCE : | |
| COMPANY, et. al., | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 17, 2007 Report and Recommendations (Doc. 17).  Subsequently, the defendants filed objections to such Report and Recommendations (Docs. 22 and 23) and Plaintiffs filed a response to the objections (Doc. 24).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Plaintiff's Motion to Remand (Doc. 12) is **GRANTED** and this case is **REMANDED** to the Hamilton County, Ohio Court of Common Pleas.  This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

                                                       ___s/Susan J. Dlott_____
                                                       Susan J. Dlott
                                                       United States District Judge